United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CHARLES AREGGER,<br><br>    Plaintiff,<br><br>  v.<br><br>MERSCORP, Inc., d/b/a Mortgage Electronic Registration, Inc., FIELDSTONE MORTGAGE CO., CITIGROUP, INC., CITIMORTGAGE, INC., and CITIGROUP GLOBAL MARKETS REALTY,<br><br>    Defendants. | Case No. 11-5030 SC<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS |

    Now before the Court is a Motion to Dismiss brought on October 19, 2011 by Defendants MERSCORP, Inc., d/b/a Mortgage Electronic Registration, Inc., Fieldstone Mortgage Company, CitiGroup, Inc., CitiMortgage, Inc., and Citigroup Global Markets Realty (collectively, "Defendants") against Plaintiff Timothy Charles Aregger. ECF No. 8 ("MTD"). Pursuant to Civil Local Rule 7-1(b), the Court finds the motion suitable for determination without oral argument.

    On August 30, 2011, Plaintiff brought an action for damages against Defendants in the Superior Court of California, County of Marin. See ECF No. 1, Ex. A ("Compl."). The Complaint set forth

///

///

nine[1] causes of action based on allegations of misconduct related to Plaintiff's receipt of a mortgage and the subsequent foreclosure thereon. <u>See generally</u> Compl. Defendants removed to federal court on October 12, 2011, pursuant to the removal jurisdiction authorized by 28 U.S.C. § 1441(b). ECF No. 1 ("NOM"). Defendants then filed the instant MTD.

    Defendants filed a certificate of service for the MTD on October 19, 2011. ECF No. 10. Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition brief was due within 14 days. Plaintiff did not file an opposition brief within the prescribed time limit. In fact, Plaintiff has yet to make an appearance or prosecute his case in the three months since this Court acquired jurisdiction.

    Accordingly, the Court GRANTS Defendants' unopposed Motion to Dismiss and DISMISSES this case. The Court ORDERS Defendants to serve a copy of this Order on Plaintiff through Plaintiff's counsel.

    IT IS SO ORDERED.

Dated: January 17, 2012

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Complaint erroneously suggests the existence of ten causes of action by labeling each cause of action "first," "second," and so forth, up to "tenth," but omitting an eighth cause of action. <u>Compare</u> Compl. at 14 <u>with</u> <u>id.</u> at 16.